mission in the pleadings and the proofs offered by plaintiff made out a prima facie case.

GURVIN, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 10, 1911.) Action by James Gurvin against the New York Central & Hudson River Railroad Company and another. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 126 N. Y. Supp. 1131.

In re HACKER. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) In the matter of the application of Nicholas W. Hacker for admission to the bar. No opinion. Motion granted, and order signed.

HAMBURGER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by Jacob Hamburger against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground of error on the part of the trial court in admitting in evidence the judgment roll in the wife's action.

In re HAMMOND. (Supreme Court, Appellate Division, Fourth Department. October, 1910.) In the matter of the application of Clark H. Hammond, as Corporation Counsel of the City of Buffalo, New York, for a peremptory writ of mandamus against George A. Ricker and others, constituting the Municipal Civil Service Commission of the City of Buffalo, and Louis P. Fuhrmann, as mayor of said city.

PER CURIAM. Order of reversal, entered July 12, 1910 (140 App. Div. 19, 124 N. Y. Supp. 406), amended nunc pro tunc so as to read as follows: "Order reversed, and proceeding dismissed, without costs, upon the grounds, first, that as matter of law the State Civil Service Commission was a necessary party; second, that, even if it was not a necessary party as matter of law, it was a proper party, and the proceeding should not have been determined without its presence as a party. All concur."

HAMMOND, Respondent, v. UNION BAG & PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Clarence Hammond against the Union Bag & Paper Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. See, also, 137 App. Div. 934, 121 N. Y. Supp. 1134.

HANMER, Respondent, v. L. J. WING MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Laurence G. Hanmer against the L. J. Wing Manufacturing Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HANNIGAN, Respondent, v. KEENEY, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by James F. Hannigan against Frank A. Keeney. J. J. Sullivan, for appellant. E. Potter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HANS MAHLER CO. et al., Appellants, v. HANS MAHLER & MALDURMIN CO., Respondents. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by the Hans Mahler Company and another against the Hans Mahler & Maldurmin Company. P. Gross, for appellants. W. M. Schwarz, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARDEN, Respondent, v. HOOPS, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by Percival L. Harden against William T. Hoops. E. D. Brown, for appellant. I. N. Jacobson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 N. Y. Supp. 1123.

HARDEN, Respondent, v. HOOPS, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Percival L. Harden against William T. Hoops. E. D. Brown, for appellant. I. N. Jacobson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

HARDMAN, PECK & CO., Respondent, v. SCHUMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Hardman, Peck & Co., a corporation, against Adolph Schuman. No opinion. Judgment of the Municipal Court affirmed, with costs.

HARLEM SAVINGS BANK, Respondent, v. HEYLMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by the Harlem Savings Bank against Henry B. Heylman and others. R. Krause, for appellants. C. S. Fettretch, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARRIS, Respondent, v. HOME INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Edgar Harris against the Home Insurance Company. No opinion. Judgment unanimously affirmed, with costs.